IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

James Edward White #209419
Full name and prison number
of plaintiff(s)

v.

Capt. Brenda King
Commissioner: Jefferson Dunn
Governor: Robert Bently

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

RECEIVED
2017 DEC 14 P 1:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CIVIL ACTION NO. 2:17-CV-842-WHA-SRW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) James Edward White

      Defendant(s) Brenda King (Capt)

   2. Court (if federal court, name the district; if state court, name the county) United States District Court - Montgomery

3. Docket number _____
4. Name of judge to whom case was assigned W. Harold Albriton
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) It's still pending
6. Approximate date of filing lawsuit 7-6-2016
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Draper Corr. Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Draper Corr. Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Capt Brenda King | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED I need you to check my record for the last two times at facility

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The 8TH Ammendment - Cruel and unusual Punishment

2

Plaintff: James Edward White #209419

V.

Capt. Brenda King
Commissioner: Jefferson Dunn
Governor: Robert Bently

The last two times at this facility. I've been Cruel, and unusual Punished. I have been monitored through air, Cellphones, sleep, and Contracts been put on my head "hits". I Came from Staton Corr. facility lock up, and some paper work followed me, and once. I entered this facility draper the Capt. Brenda King Called me to the shift office, and stated that she Capt. Brenda King didn't honor a disc. being through out through due process so she Brenda King re-anitiated the disc. and after that Contracts "hits" was put on my head, and. I end up getting jumped on, and went to health Care for body chart, and Sent to Lock up due to me James Edward white #209419 Couldn't identify my ememys, and got ship, I've been gone alil over a year, and now. I'm back over here dealing with Sercurity issues again, and for my James Edward white #209419 Compensating due to Mental, stress, and physical abuse. I James Edward white #209419 ask for 2,000,000$ Jointly.

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

_____

_____

_____

_____

**GROUND TWO:** _____

**SUPPORTING FACTS:** _____

_____

_____

_____

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

_____

_____

_____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

_____

_____

*James Edward White* #209419
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-12-17
(Date)

*James Edward White* #209419
Signature of plaintiff(s)

4

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information must be certified by prison or jail personnel and must include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for six full months must be provided.

## CERTIFICATION

I hereby certify that prisoner _____ has been incarcerated in this institution since _____, 19____, and that he has the sum of $_____ in his prison or jail trust account on this the _____ day of _____, 19____. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | _____ | $_____ | $_____ |
| Month 4 | _____ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

_____
Signature of Authorized Officer of Institution

_____
Name of Institution

4

James Edward White #209419
Frank Lee Work Release
5305 - Ingram Road
Deatsville, AL 36022

"Office of the Clerk"
United States District Court
One Church Street, Suit B-110
Montgomery, AL 36104-4018

MONTGOMERY
13 DEC 2017

36104-401801

Legal Mail