IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES EDWARD WHITE, #209 419,   )
   )
   Plaintiff,   )
   )
v.   )  CIVIL ACTION NO. 2:17-CV-842-WHA
   )         [WO]
CAPT. BRENDA KING, *et al.*,   )
   )
   Defendants.   )

## ORDER

This case is before the court on a Recommendation of the Magistrate Judge entered on March 6, 2018. Doc. 13. There being no objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's complaint and amendment thereto against Defendant Bentley is DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Defendant Bentley is DISMISSED as a party to this action.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to Defendant Robert Bentley only pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

Done, this 27th day of March 2018.

     /s/ W. Harold Albritton
     SENIOR UNITED STATES DISTRICT JUDGE